**Opinion issued June 25, 2024**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-24-00461-CV

———————————

## IN RE ADVENIR AT THE MED CENTER AND ADVENIR LIVING, LLC., Relators

---

## Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relators Advenir at the Medical Center and Advenir Living, LLC have filed a petition for writ of mandamus challenging the trial court's May 13, 2024 order granting the underlying plaintiffs' motion to obtain net worth discovery.[1] We deny the petition. Relators' motion to stay the May 13, 2024 order is dismissed as moot.

---

[1] The underlying case is *Vonda Richardson, individually and on behalf of the Estate of Arne Richardson, Trenisha Smith, individually and as next friend of H.R., H.R. and A.R. minors, and Arne Renfro, Sr. v. Advenir at the MedCenter, LLC; Advenir Living, LLC; and Zourian Stephon Lewis*, cause number 2023-14341, pending in the 157th District Court of Harris County, Texas, the Honorable Tanya Garrison presiding.

## PER CURIAM

Panel consists of Chief Justice Adams and Justices Kelly and Goodman.